Jacob M. Polakoff, Bar No. 035832006
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel. 215.875.3000
Email: jpolakoff@bm.net
*Attorney for Plaintiff*
*Addtl. Counsel on Sig. Page*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA S. SAYLOR, individually and as a representative of the classes,<br><br>Plaintiff,<br><br>v.<br><br>REALPAGE, INC.,<br><br>Defendant. | CASE NO 1:19-cv-13768-RBK-KMW |

## PLAINTIFF'S Civ. RULE 7.1.1 STATEMENT

PLEASE TAKE NOTICE, pursuant to ECF No. 66, Plaintiff provides the following statement regarding Civ. Rule 7.1.1:

There is no person or entity that is not a party providing funding for some or all of the attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Date: August 5, 2021 /s/Jacob M. Polakoff
Jacob M. Polakoff, Bar No. 035832006
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel. 215.875.3000
jpolakoff@bm.net

E. Michelle Drake *
John G. Albanese*
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel. (612) 594-5933
emdrake@bm.net
jalbanese@bm.net
*admitted *pro hac vice*

*Counsel for Plaintiff*