IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOSHUA SAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>REALPAGE, INC.,<br><br>    Defendant. | Case No. 1:22-cv-00053-AJT-IDD |

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS
& NAMED PLAINTIFF SERVICE AWARD**

Plaintiff Joshua Saylor ("Plaintiff") and Class Counsel respectfully move the Court for an award of attorneys' fees, costs, and a Named Plaintiff Service Award in connection with the class action settlement in the above-captioned matter. For the reasons discussed in the accompanying memorandum, Plaintiff respectfully moves this Court to approve with the Final Approval Order:

a) Awarding Class Counsel one-third of the Settlement Fund as attorneys' fees;

b) Reimbursement of Class Counsel's out-of-pocket costs; and

c) A Service Award of $7,500 to the Named Plaintiff.

For good cause shown, Plaintiff's Motion should be granted.

Date: July 18, 2022

By: */s/ Kristi C. Kelly*

Kristi C. Kelly, VSB #72791
Email: kkelly@kellyguzzo.com
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167

E. Michelle Drake*
Email: emdrake@bm.net
John G. Albanese*
Email: jalbanese@bm.net
BERGER MONTAGUE PC
1229 Tyler St NE, Suite 205
Minneapolis, Minnesota 55413
Telephone: (612) 594-5999
Facsimile: (612) 584-4470
*admitted *pro hac vice*

Attorneys for Plaintiff