IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOSHUA SAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>REALPAGE, INC.,<br><br>    Defendant. | Case No. 1:22-cv-00053-AJT-IDD |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiff Joshua Saylor ("Plaintiff"), individually and on behalf of all other similarly situated individuals, moves for final approval of the class action settlement in this matter. For the reasons discussed in the accompanying memorandum, Plaintiff respectfully moves this Court to grant final approval to the settlement and enter the (1) Final Approval Order and the (2) Consent Injunctive Relief Order.

Defendant RealPage, Inc. does not oppose the relief requested in the Motion. For good cause shown, Plaintiff's Motion should be granted.

By:  /s/ Kristi C. Kelly
Kristi C. Kelly, VSB #72791
Email: kkelly@kellyguzzo.com
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167

E. Michelle Drake*
Email: emdrake@bm.net
John G. Albanese*
Email: jalbanese@bm.net
BERGER MONTAGUE PC

        1229 Tyler St NE, Suite 205
        Minneapolis, Minnesota 55413
        Telephone: (612) 594-5999
        Facsimile: (612) 584-4470
        *admitted *pro hac vice*

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Date: _____                            _____