IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Joshua S. Saylor, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Civil Action No. 1:22-cv-53-AJT-I ) |
| RealPage, Inc., | ) ) |
|     Defendant. | ) |

**FINAL JUDGMENT**

Pursuant to the order of this Court entered on September 27, 2022, and in accordance with Federal Rules of Civil Procedure 54(b), the Court awards $3,243,856.67 as reasonable attorney's fee and an amount not to exceed $96,630.68 as reimbursement for reasonable out-of-pocket expenses, which shall be paid from the Settlement Fund. Plaintiff, Joshua Saylor, is awarded the sum of $7,500 to be paid from the Settlement Fund, for the service he has performed for and on behalf of the Settlement Class. The Court awards the Settlement Administrator an amount not to exceed $110,000 as reimbursement for the reasonable expenses of notice administration. Defendant already advanced the Settlement Administrator $25,000 from the Settlement Fund.

                                                  FERNANDO GALINDO, CLERK OF COURT

                                                  By:_____/s/_____
                                                        Deisy Estevez,
                                                        Deputy Clerk

Dated: 9/27/2022
Alexandria, Virginia